IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re:                                           :
                                                 :    Chapter 13
       SHEILA A. NEWSOME,                        :
                                                 :    Bankruptcy No. 18-15844 (ELF)
                              Debtor.            :
-------------------------------------------------x
```

# PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #28 filed by the City of Philadelphia on April 2, 2019.

                                        Respectfully submitted,

                                        THE CITY OF PHILADELPHIA

Dated: April 23, 2019       By:    /s/ Pamela Elchert Thurmond
                                        PAMELA ELCHERT THURMOND
                                        Deputy City Solicitor
                                        PA Attorney I.D. 202054
                                        City of Philadelphia Law Department
                                        1401 JFK Blvd., 5th Floor
                                        Philadelphia, PA  19102-1595
                                        215-686-0508 (phone)
                                        215-686-0588 (facsimile)
                                        Email: Pamela.Thurmond@phila.gov