UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Sheila A Newsome
        Bankruptcy No. 18-15844-elf
        Adversary No.
        Chapter    13

                                                    Date:   5/9/19

To:    DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

## NOTICE OF INACCURATE FILING

        Re: Motion to Approve Loan Modification

The above pleading was filed in this office on 5/6/19. Please be advised that the following document(s) filed contains a deficiency as set forth below:


        (xx)    Debtor's name does not match case number listed
        ()      Debtor's name and/or case number (is) are missing.
        ()      Wrong PDF document attached
        ()      PDF document  not legible
        ()      Notice of Motion/Objection
        ()      Electronic Signature missing
        (xx)    Other-Motion has the incorrect debtors name and case number


In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.


                                                    Timothy B. McGrath
                                                    Clerk


                                                    By:  **C. Wagner**
                                                    Deputy Clerk


CM-ECF 14 day notice.frm
4/30/04