# IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Sheila A Newsome<br>Debtor | )<br>)<br>)<br>) | Chapter 13<br><br>No. 18-15844-ELF |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                             /s/David M. Offen
                                                             David M. Offen
                                                             Attorney for Debtor

Date: 6/21/19